IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PHILIP POWERS,
MARC GOODELL,
CHAD WERTH,
ROSS BLAKLEY and
DOMINICK P. TUCKER,
on behalf of themselves and a
class of employees and/or former
employees similarly situated,

                                                                  ORDER

              Plaintiffs,

                                                 08-cv-512-bbc

     v.

CHARTER COMMUNICATIONS, LLC.,
and CHARTER COMMUNICATIONS,
INC.,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Counsel in this case have advised the court that defendants anticipate filing for bankruptcy. Because the proceedings in a bankruptcy may dispose of this entire case, IT IS ORDERED that the case is DISMISSED without prejudice, subject to the condition that this order of dismissal shall be vacated in the event that the bankruptcy proceeding is terminated without disposing of the rights of the parties in this case, or a timely request is made by any party that this order to dismiss without prejudice be vacated, or for any other reason necessary to prevent manifest injustice. In the event that this order of dismissal is

1

vacated, the parties shall have all such rights as if this case had not been dismissed.

Entered this 23d day of February, 2009.

> BY THE COURT:
> /s/
> BARBARA B. CRABB
> District Judge